## OF

## THE STATE OF MISSOURI

### AT THE

### APRIL TERM, 1886.

88 565
43a 341
88 565
44a 137

---

ROESLER *et al.*, *Appellants*, v. THE CITIZENS' BANK OF MEMPHIS.

Practice in Supreme Court : BILL OF EXCEPTIONS. Where there is no order of the court authenticating the bill of exceptions, the Supreme Court will consider nothing but the record proper.

*Appeal from Scotland Circuit Court.*—HON. BEN. E. TURNER, Judge.

AFFIRMED.

John C. Moore for appellants.

Smith & Krauthoff and N. M. Pettingill for respondent.

PER CURIAM.—No bill of exceptions in this cause,

as there is no order of the court authenticating what purports to be such bill.   Under the uniform ruling of this court, there is nothing left to consider but the record proper, and as there is no error therein, judgment is affirmed.   *Dinwiddie v. Jacobs*, 82 Mo 195.   Black, J., dissents.